UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Mitchell**<br>PLAINTIFF(S)<br><br>v.<br><br>**GoDaddy.com LLC, et al**<br>DEFENDANT(S) | CASE NO.  **CV-12-01991-PHX-DGC**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

     Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *Hart Robinovitch*:

☒ Document not in compliance with Local Rule 7.1(c): Document should be in PDF format and text searchable.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE.  The deficiency indicated above has been addressed by the Clerk.