**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Mitchell, individually and on behalf of all others similarly situated, | No. CV-12-1991-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| GoDaddy.com, LLC, | |
| Defendant. | |

Before the Court, pursuant to Fed. R. Civ. P. 41(a), is the parties' Stipulation For Dismissal of Entire Action With Prejudice. (Doc 19.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED DENYING AS MOOT** Defendant's Motion to Dismiss for Failure to State a Claim. (Doc. 15.)

DATED this 21st day of December, 2012.

Stephen M. McNamee
Senior United States District Judge